

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>D-1 ROLAND TERRELL CHATMON,<br><br>D-2 LEICA DOREEN LOPEZ MARTINEZ,<br><br>D-3 IEASHA ANN STROMAN,<br>and<br><br>D-4 DNEIQUA JENISE STROMAN,<br><br>Defendants. | Violations:<br>18 U.S.C. §§ 1201(a)(1) and (c)<br>18 U.S.C. §§ 2119 and 2<br>18 U.S.C. §§ 924(c) and 2<br>18 U.S.C. § 922(g)(1)<br><br>Case: 2:25-cr-20761<br>Assigned To : McMillion, Brandy R.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 10/8/2025<br>Description: INDI USA v CHATMON ET AL (JP) |

_____/

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. §§ 1201(a)(1) and (c)
*Kidnapping Conspiracy*

D-1 ROLAND TERRELL CHATMON
D-2 LEICA DOREEN LOPEZ MARTINEZ
D-3 IEASHA ANN STROMAN
D-4 DNEIQUA JENISE STROMAN

Beginning at least as early as August 30, 2025, and continuing through on or about September 1, 2025, in the Eastern District of Michigan, Southern Division, the defendants, D-1 Roland Terrell Chatmon, D-2 Leica Doreen Lopez Martinez,

D-3 Ieasha Ann Stroman, and D-4 Dneiqua Jenise Stroman, conspired and agreed with one another to unlawfully seize, confine, inveigle, kidnap, abduct, and carry away Victim 1, and to confine and seize Victim 2, and to hold Victim 1 and Victim 2 for reward and otherwise, and in committing and in furtherance of the commission of that offense, used a means, facility, and instrumentality of interstate commerce.

## Overt Acts

In furtherance of the conspiracy and to effect the object of the conspiracy, the defendants, D-1 Roland Terrell Chatmon, D-2 Leica Doreen Lopez Martinez, D-3 Ieasha Ann Stroman, and D-4 Dneiqua Jenise Stroman, committed the following overt acts, among others, in the Eastern District of Michigan:

1. On or about August 31, 2025, D-1 Roland Terrell Chatmon, D-2 Leica Doreen Lopez Martinez, D-3 Ieasha Ann Stroman, and D-4 Dneiqua Jenise Stroman travelled from Orion Township, Michigan, to southwest Detroit, Michigan, near the victims' residence, to surveil Victim 1.

2. On or about September 1, 2025, D-2 Leica Doreen Lopez Martinez sent D-1 Roland Chatmon a text message with the address on Filer Avenue in Detroit where she would direct Victim 1 to drive.

3. On or about September 1, 2025, D-2 Leica Doreen Lopez Martinez approached Victim 1 in his vehicle near his residence in southwest

Detroit, entered his vehicle, and directed him to the location on Filer Ave., where the defendants later carjacked Victim 1.

4. On or about September 1, 2025, while D-2 Leica Doreen Lopez Martinez was in Victim 1's car with Victim 1, D-1 Roland Chatmon directed D-2 Leica Doreen Lopez Martinez to distract Victim 1 and keep him occupied, and to leave Victim 1's vehicle unlocked; in response, D-2 Leica Doreen Lopez Martinez texted D-1 Roland Chatmon a code word to use to commence the carjacking of Victim 1.

5. On or about September 1, 2025, D-1 Roland Chatmon and other members of the conspiracy approached Victim 1's vehicle with firearms drawn; forced Victim 1 into the back of his vehicle; tied Victim 1 up at the ankles and wrists; placed a covering over Victim 1's face; and hit Victim 1 in the head with the firearms, causing lacerations to his head.

6. On or about September 1, 2025, a member of the conspiracy drove Victim 1's vehicle from the location on Filer Ave. to the victim's residence while Victim 1 remained tied up and bound in the vehicle.

7. D-1 Roland Chatmon and D-4 Dneiqua Jenise Stroman took Victim 1's house keys and used the keys to enter Victim 1's residence, where they pointed firearms at Victim 2, tied Victim 2 up at the wrists, placed Victim 2 in a bathtub, and stole a safe from the victims' residence. D-2 Leica Doreen Lopez Martinez and D-3 Ieasha Ann Stroman stayed in the

vehicle with Victim 1 while he was still tied up.

8. On or about September 1, 2025, D-1 Leica Lopez Martinez withdrew funds from Victim 1's Bank of America account at an ATM in Detroit, while driving Victim 1's vehicle, with Victim 1 tied up and held in the back of the vehicle by other members of the conspiracy.

9. On or about September 1, 2025, D-1 Roland Chatmon and D-4 Dneiqua Jenise Stroman withdrew funds from Victim 1's Bank of America account at an ATM in Pontiac, Michigan.

10. On or about September 1, 2025, D-3 Ieasha Ann Stroman received a payment in her Cash App account using funds stolen from Victim 1's Cash App account.

All in violation of Title 18, United States Code, Section 1201(a)(1) and (c).

## COUNT TWO
18 U.S.C. §§ 2119 and 2
*Carjacking*

D-1 ROLAND TERRELL CHATMON
D-2 LEICA DOREEN LOPEZ MARTINEZ
D-3 IEASHA ANN STROMAN
D-4 DNEIQUA JENISE STROMAN

On or about September 1, 2025, in the Eastern District of Michigan, Southern Division, the defendants, D-1 Roland Terrell Chatmon, D-2 Leica Doreen Lopez Martinez, D-3 Ieasha Ann Stroman, and D-4 Dneiqua Jenise Stroman, aided and abetted by each other, took a motor vehicle that had been transported, shipped,

and received in interstate commerce from Victim 1 by force and violence, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Sections 2119(1) and 2.

## COUNT THREE
18 U.S.C. §§ 924(c) and 2
*Use and Carry of a Firearm During and in Relation to a Crime of Violence*

D-1 ROLAND TERRELL CHATMON
D-2 LEICA DOREEN LOPEZ MARTINEZ
D-3 IEASHA ANN STROMAN
D-4 DNEIQUA JENISE STROMAN

On or about August 11, 2025, in the Eastern District of Michigan, Southern Division, the defendants, D-1 Roland Terrell Chatmon, D-2 Leica Doreen Lopez Martinez, D-3 Ieasha Ann Stroman, and D-4 Dneiqua Jenise Stroman, aided and abetted by each other, knowingly used and carried a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, carjacking as alleged in Count Two of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

It is further alleged that the firearm was brandished.

## COUNT FOUR
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

D-1 ROLAND TERRELL CHATMON

From on or about September 1, 2025 through on or about September 25, 2025, in the Eastern District of Michigan, Southern Division, the defendant, D-1 Roland Terrell Chatmon, knowing that he had been convicted of a crime

punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

(18 U.S.C. §§ 924, 981, 982, and 28 U.S.C. § 2461)

The allegations above contained in this Indictment are incorporated by reference as if set forth fully herein for the purpose of alleging forfeiture.

Upon conviction of the offense charged in Count One of this Indictment, the defendants shall forfeit to the United States any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count Two of this Indictment, the defendants shall forfeit to the United States any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 982(a)(5).

Upon conviction of the offenses charged in Count Three of this Indictment, the defendants shall forfeit to the United States any firearm and ammunition involved in or used in his or her knowing violation of Section 924(c), pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States

Code, Section 2461.

Upon conviction of the offenses charged in Count Four of this Indictment, defendant Chatmon shall forfeit to the United States any firearm and ammunition involved in or used in his knowing violation of Section 922(g)(1), pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

<u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    Cannot be located upon the exercise of due diligence;

    (b)    Has been transferred or sold to, or deposited with, a third party;

    (c)    Has been placed beyond the jurisdiction of the Court;

    (d)    Has been substantially diminished in value; or

    (e)    Has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of defendant up to the value of the forfeitable property described above.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/ Craig F. Wininger*
CRAIG F. WININGER
Chief, Violent & Major Crimes Unit
Assistant United States Attorney

*s/ Andrew R. Picek*
ANDREW R. PICEK
DIANE PRINC
Assistant United States Attorneys

Dated: October 8, 2025

Case: 2:25-cr-20761
Assigned To : McMillion, Brandy R.
Referral Judge: Altman, Kimberly G.
Assign. Date : 10/8/2025
Description: INDI USA v CHATMON ET AL (JP)

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet |
|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: A.P |

Case Title: USA v. CHATMON et al

County where offense occurred : Wayne

Check One:  ☒ Felony    ☐ Misdemeanor    ☐ Petty

\_\_\_\_Indictment/\_\_\_\_Information — **no** prior complaint.
✓ Indictment/\_\_\_\_Information — based upon prior complaint [Case number: 25-mj-30612 ]
\_\_\_\_Indictment/\_\_\_\_Information — based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____    Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 8, 2025
Date

Andrew Picek
Diane Princ
Assistant United States Attorneys
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
313-226-9652
Andrew.Picek@usdoj.gov
Bar # OH0082121

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.